CLINTON H. LATHROP, as Trustee in Bankruptcy of the Estate of ERNEST H. ERZKUS, Bankrupt, and Another, Respondents, v. ERNEST H. ERZKUS, Individually and as Administrator, etc., of HENRIETTA D. ERZKUS, Deceased, and Another, Appellants.— Appeal dismissed unless appellants shall file and serve printed

briefs by April twentieth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.